IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GRAMMYS AWARDS ON CBS,<br><br>　　　　　　Defendant. | 4:24CV3005<br><br>MEMORANDUM AND ORDER |

　　　　On January 8, 2024, Plaintiff Ronald Satish Emrit filed a Complaint, Filing No. 1, and a Motion for Leave to Proceed in Forma Pauperis, Filing No. 2.  Plaintiff, a resident of Florida and Maryland currently residing in Florida, sues the Grammy Awards, which has a principal place of business in Santa Monica, California.  Filing No. 1 at 2.  On July 24, 2023, the Court imposed filing restrictions on Plaintiff providing that:

> 　　Plaintiff Ronald Satish Emrit, while proceeding pro se, shall not be permitted to file a case in forma pauperis in the United States District Court for the District of Nebraska without first seeking leave of the Court to do so. . . .
> 　　Every new pro se complaint submitted to the Clerk of the Court by Plaintiff that is not accompanied by payment of the Court's filing and administrative fees shall be referred to the Supervising Pro Se Judge, or his successor, for review before filing, and the Clerk of the Court is directed not to file any such case until this review has been completed. The Supervising Pro Se Judge shall review any such tendered complaint, and if it is determined that venue does not lie in this district or the complaint is otherwise frivolous, then the proposed complaint shall be returned to Plaintiff without filing.  A record of any such submission and return shall be maintained by the Clerk in the CM/ECF system under the "PS" designation or as otherwise directed by the Supervising Pro Se Judge.

Filing No. 5, Case No. 4:23CV3122.  Plaintiff appealed the Court's order imposing these restrictions, and the Eighth Circuit Court of Appeals summarily affirmed on September 23, 2023.  Filing No. 13, Case No. 4:23CV3122.

Here, the present case was filed in violation of the filing restrictions imposed by the Court on July 24, 2023, and venue is clearly lacking in this Court. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Proceed In Forma Pauperis, Filing No. 2, is denied and this case is dismissed without prejudice because it was filed in violation of the filing restrictions imposed in Filing No. 5 in *Emrit v. Jules*, Case No. 4:23CV3122.

2. The Clerk of Court shall return Plaintiff's Complaint to Plaintiff at his last-known address.

3. A separate judgment shall be entered.

Dated this 24th day of January, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge