IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>        Plaintiff,<br><br>vs.<br><br>GRAMMYS AWARDS ON CBS,<br><br>        Defendant. | 4:24CV3005<br><br>MEMORANDUM AND ORDER |

      This matter is before the Court on a memorandum from the Clerk of the Court requesting a ruling as to Plaintiff's authorization to proceed in forma pauperis on appeal. Filing No. 8. Plaintiff filed a Notice of Appeal, Filing No. 7, on February 14, 2024. Plaintiff appeals from the Court's Memorandum and Order and Judgment dated January 24, 2024, Filing No. 5 & Filing No. 6, in which the Court denied Plaintiff's Motion to Proceed in Forma Pauperis ("IFP"), Filing No. 2, and dismissed this matter without prejudice because it was filed in violation of the filing restrictions imposed in Filing 5 in *Emrit v. Jules*, Case No. 4:23CV3122.

      Because the Court denied Plaintiff's IFP Motion, Fed. R. App. P. 24(a)(3), which continues in forma pauperis status on appeal without further authorization, does not apply. However, upon consideration of Plaintiff's IFP motion previously filed on January 8, 2024, Filing No. 2, the Court concludes Plaintiff may proceed IFP on appeal.

      IT IS THEREFORE ORDERED that Plaintiff may proceed on appeal in forma pauperis.

2

Dated this 14th day of February, 2024.

BY THE COURT:

*[signature: Joseph F. Bataillon]*

Joseph F. Bataillon
Senior United States District Judge